Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*A. Isire,* for respondent.

No opinion. Motion granted, and judgment affirmed, with costs.

---

JAMES S. VIRTUE & Co., Limited, Respondent, *v.* BEACHAM, Appellant.

*(Common Pleas of New York City and County, General Term.* March 7, 1892.)

Appeal from city court, general term.

Action by James S. Virtue & Co., Limited, against John Beacham.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*P. Q. Eckerson,* for appellant. *P. Tecumseh Sherman,* for respondent.

No opinion. Judgment affirmed, with costs. See 17 N. Y. Supp. 450.

---

GRAY *et al.,* Appellants, *v.* WAKEMAN, Respondent.

*(Common Pleas of New York City and County, General Term.* March 8, 1892.)

Appeal from city court, general term.

Action by William Gray and another against Abram Wakeman.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*W. J. Lardner,* for appellants. *Warner & Frayer,* for respondent.

No opinion. Judgment affirmed, with costs.

---

EAST RIVER ELECTRIC LIGHT Co., Respondent, *v.* CLARK, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1892.)

Appeal from city court, general term.

Action by the East River Electric Light Company against Francis A. Clark. For decision on appeal from judgment dismissing complaint, see 18 N. Y. Supp. 463.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*S. Lobenthal,* for appellant. *Wm. H. Kelly,* for respondent.

No opinion. Judgment affirmed, with costs.

---

SIMON, Respondent, *v.* SCHEUER, Appellant.

*(Common Pleas of New York City and County, General Term.* March 9, 1892.)

Appeal from fourth district court.

Action by Ida Simon against Simon Scheuer.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*M. D. Quitman,* for appellant. *S. Hoffman,* for respondent.

No opinion. Judgment affirmed, with costs.

---

STEINHAUSEN, Respondent, *v.* MASON, Appellant.

*(Common Pleas of New York City and County, General Term.* March 10, 1892.)

Appeal from special term.

Action by Henry W. Steinhausen, as assignee, etc., against John Mason.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

*F. Bien,* for appellant. *A. Kling,* for respondent.

No opinion. Order affirmed, with costs.

---

DARLING, Respondent, *v.* ROWAN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 11, 1892.)

Appeal from sixth district court.

Action by William Darling against John Rowan.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*A. C. Farnham,* for appellant. *A. B. Chalmers,* for respondent.
No opinion. Judgment affirmed, with costs.

---

### HILL, Respondent, *v.* KUMMINGS, Appellant.

*(Common Pleas of New York City and County, General Term. March 11, 1892.)*

Appeal from eighth district court.
Action by Robert Hill against Moritz Kummings.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*M. Esberg,* for appellant. *U. W. Thompkins,* for respondent.
No opinion. Judgment affirmed, with costs.

---

### ALEXANDER, Appellant, *v.* GRISWOLD, Respondent.

*(Common Pleas of New York City and County, General Term. March 17, 1892.)*

Motion by plaintiff (appellant) for leave to appeal to the court of appeals. For decision on appeal, see 17 N. Y. Supp. 522.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*F. C. Lenbuscher,* for appellant. *Hobbs & Gifford,* for respondent.

PER CURIAM. The principles governing the decision of this appeal, stated in the well-considered opinion of the general term, are abundantly sustained by authority, which appears from the cases cited, and appellant's counsel fails to show that they were not correctly applied to the facts of the case at bar. This motion should be denied, with costs.

---

### BALDWIN, Respondent, *v.* THIBADEAU, Appellant.

*(Common Pleas of New York City and County, General Term. March 17, 1892.)*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*W. Parker,* for appellant. *S. F. Higgins,* for respondent.
No opinion. Motion for reargument denied, but appellant may have leave to appeal to the court of appeals, if she desires so to do. See 14 N. Y. Supp. 788; 17 N. Y. Supp. 532.

---

### HICKOK, Appellant, *v.* THURBER, Respondent.

*(Common Pleas of New York City and County, General Term. March 17, 1892.)*

Appeal from city court, general term.
Action by Cornelius C. Hickok against Horace K. Thurber.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*E. P. Schell,* for appellant. *H. Aplington,* for respondent.
No opinion. Order appealed from affirmed, with costs, and judgment absolute for the defendant.

---

### IRRERA, Respondent, *v.* HART, Appellant.

*(Common Pleas of New York City and County, General Term. March 17, 1892.)*

Action by Paul Irrera against Hanna Hart.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Goldfogle & Cohen,* for appellant. *Wm. H. Knox,* for respondent.
No opinion. Motion to dismiss appeal denied, and appeal set over for May term.